IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| U.S. Bank National Association )<br>)<br>*Plaintiff,* )<br>)<br>v.   )<br>)<br>3D Facility Services, Inc., et al., )<br>)<br>*Defendants.* )<br>)<br>) | Civil No. 1:20-cv-1575<br>Hon. Liam O'Grady<br>Hon. Theresa Buchanan |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Theresa Buchanan ("Recommendation") on October 18, 2021 (Dkt. 34). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was November 1, 2021. To date, no objections have been filed.

Thus, after reviewing the record and Judge Buchanan's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 34) as to damages and the order of detinue.

Therefore, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**. *See* Dkt. 28.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiff, U.S. Bank National Association (d/b/a U.S. Bank Equipment Finance) ("Plaintiff"). It is **ORDERED** that judgement is hereby entered against the Defendants, Dennick Skeels and 3D Facility Services, Inc., (d/b/a

1

Lallande Asphalt Paving and Carrington Paving) ("Defendants"), in the amount of One Hundred Forty Eight Thousand One Hundred Sixty Eight Dollars and Thirteen Cents ($148,168.13).

It is **ORDERED** that the Plaintiffs are awarded attorney's fees and costs in the amount of Ten Thousand One Hundred Thirty-Seven Dollars and Seventy-One Cents ($10,137.71).

It is further **ORDERED** that a judgment in detinue is entered in favor of the Plaintiff against the Defendant, 3D Facility Services, Inc., pursuant to Code of Virginia §8.01-114. The following equipment is to be surrendered to the Plaintiff within fourteen (14) days of the date of this Order at a place and time directed by U.S. Bank:

1. one (1) 1998 GMC C7500 Dump Truck (VIN 1GDM7H1C8WJ515167);

2. one (1) 2002 Isuzu NPR Flatbed Truck (VIN JALC4B14627011902);

3. one (1) 1998 Dodge Ram 2500 Truck (VIN 3B7KF26D0WM223500);

4. one (1) 2004 GMC C7500 Dump Truck (VIN 1GDM7C1C14F523002);

5. one (1) 2005 GMC C7500 Steel Drum Dump Truck (VIN 1GDM7C1C95F522908);

6. one (1) 2004 Carry On Trailer (VIN 4YMUL12194V007197);

7. one (1) 1985 Blademor Grader 578-707-D 0125-A-193;

8. one (1) Champion Roller X100602X;

9. one (1) Ingersoll Rand 190D P185WJD Air Compressor 268912UTH327;

10. one (1) Bobcat Skid Steer 863 51447044;

11. one (1) Bobcat Skid Steer 863 5144500330;

12. one (1) StreetPrint SR60 Infrared Heater;

13. one (1) Leeboy 8500LD Paver 1041203008783;

14. one (1) Bobcat Sweeper 72 783714859;

15. one (1) Dynapac LG300 Compactor;

16. together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto and any and all proceeds of the foregoing, including, without limitation, insurance recoveries.

The Clerk of Court is direct to enter judgment in favor of the Plaintiff as set forth above, pursuant to Rule 55 of the Federal Rules of Civil Procedure. Count Four (IV) of the complaint is hereby **DISMISSED WITH PREJUDICE** as moot.

It is **SO ORDERED**.

November 8, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge